**1290 BEECHER vs. DETROIT,** No. 15619; 3 D. L. N., 450; 68 N. W., 237. (Certiorari to Wayne.)

To compel the City of Detroit to modify an assessment.

The Circuit Court refused the writ. Affirmed July 28, 1896, with costs.

Held, that an obligation to pay rent under a lease, by the terms of which the rent fluctuates on revaluation at intervals, is not an unconditional debt within Sec. 9, Act No. 206, Laws of 1895.